DOWD, J.

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO.   1:05CR114 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Kenneth B. Davis | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

The defendant and his counsel, Jacqueline Johnson appeared before this Court on October 25, 2011.   A report and recommendation was filed on August 25, 2011.  (See docket #30).  The Court adopts the report and recommendation of Magistrate Judge William H. Baughman, Jr. and finds the defendant in violation of his terms and conditions of supervised release.

IT IS ORDERED that the defendant be committed to the custody of the Bureau of Prisons for a period of eight (8) months to be served consecutively with the state sentences the defendant is currently serving.   Upon release from confinement the term of supervised release will terminate.

IT IS SO ORDERED.

October 28, 2011
Date

*/s/ David D. Dowd, Jr.*
David D. Dowd, Jr.
U.S. District Judge